### WADE vs. CARTER et al.

Where plaintiff's counsel took a rule by default, which was opened by the Court on same day, and he was immediately notified of that fact, and that defendants' counsel desired to oppose the motion, and plaintiff's counsel refused to bring it on, defendants' counsel was allowed to take a rule for costs at the close of the term.

*This was a motion for a Commission and Rule taken by default, by plaintiff's counsel.*—Defendants' counsel immediately on learning the fact, (the plaintiff's counsel not being found) applied to the court to open the default; stating that plaintiff's counsel was informed soon after he took the default, that defendants wished to oppose the motion. The court ordered the default opened, and immediate notice given to plaintiff's counsel, and if plaintiff's counsel did not get such notice in season to bring on the argument at this term, that the motion stand over to next special term; at the close of the term, (last day) defendants' counsel moved for costs against plaintiff, for not bringing on the motion, stating that on the same day the default was opened, he informed plaintiff's counsel, personally, who was then in Albany, that the default was opened, and that he wished to oppose the motion, (which was two days before the term closed,) plaintiff's counsel refused to bring it on.

G. BULKLEY, *Plffs Atty.*          A. D. L. WHIPPLE, *Defts Atty.*

*Decision.*—Motion for costs against plaintiff, granted.